IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEATHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1213-WEB |
| ) | |
| RONALD LEATHERS, ) | |
| ) | |
| Defendant /Cross Defendant, ) | |
| ) | |
| THERESA LEATHERS, ) | |
| ) | |
| Defendant / Cross Claimant, ) | |
| ) | |
| JAMES HOLDEN, Trustee of the Dirt ) | |
| Cheap Mine Trust, ) | |
| ) | |
| Defendant / Cross Defendant. ) | |

ORDER NUNC PRO TUNC

The court enters this nunc pro tunc order to correct a typographical error in its Memorandum and Order on the parties' cross motions for Summary Judgment.  Michael Leathers filed a Motion for Order Correcting a Clerical Mistake (Doc. 76), identifying the clerical error.  The court incorrectly identified the date in Paragraph 52 of the facts.  The date should correctly read October 20, 2006.

The May 13, 2010 Memorandum and Order is hereby amended to reflect the foregoing corrections.

The Plaintiff's Motion for Order Correcting a Clerical Mistake (Doc. 76) is granted.

IT IS SO ORDERED this 9th day of December, 2010.

        s/ Wesley E. Brown
Wesley E. Brown
United States Senior District Court Judge