IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael R. Leathers, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1213-KMH-WEB |
| | ) |
| Ronald Leathers, et al., | ) |
|         Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING OF DISPOSITIVE MOTIONS**

COMES NOW plaintiff Michael Leathers ("Plaintiff") and moves the Court for an order extending the deadline for the filing of dispositive motions to the 21st day following the date the Pretrial Order is entered in this action.  In support of this motion and as required pursuant to Local Rule 6.1(a) of the United States District Court, District of Kansas, Plaintiff states:

1.  Plaintiff has consulted with Derek Casey, counsel for defendant Theresa Leathers, and Joseph Alfred Izen, counsel for defendants Ronald Leathers and James Holden, Trustee of the Dirt Cheap Mine Trust, regarding the requested extension.  Said defendants represent all of the parties involved in Phase I of this litigation, and they do not oppose Plaintiff's request for an extension.

2.  The deadline for the filing of a second set of dispositive motions was originally verbally set for December 17, 2010.  However, no written order has yet been entered which sets this deadline.  It is proposed that the parties be given 21 days following the entry of the pretrial order to file dispositive motions in this case which relate to the remaining issues.

- 2 -

3.  This request for extension is made by Plaintiff to allow all parties to consider and rely upon the final pretrial order when preparing dispositive motions. The request is necessary to ensure a proper foundation for the parties' dispositive motions, which will rely on issues decided by the Court in the order.

4.  In connection with this request, Plaintiff will submit for the Court's consideration and signature a stipulation providing for the requested extension.

WHEREFORE, Plaintiff requests that the Court enter an order extending the deadline for the filing of dispositive motions to **the twenty-first day following the date the final Pretrial Order is entered**.

Respectfully Submitted,

/s/ Aaron L. Kite
David J. Rebein, #10476
Aaron L. Kite, #18765
REBEIN BANGERTER PA
810 Frontview, PO Box 1147
Dodge City, Kansas 67801
Telephone: 620.227.8126
Fax: 620.227.8451
Email: akite@rebeinbangerter.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010 I electronically filed the foregoing **Unopposed Motion to Extend Deadline for Filing of Dispositive Motions** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Aaron L. Kite
David J. Rebein, #10476
Aaron L. Kite, #18765
*Attorneys for Plaintiff*