# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL LEATHERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-1213-WEB |
| ) | |
| **RONALD LEATHERS, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the court on Theresa Leather's motion for an order authorizing defendants Chesapeake Operating, Inc., Merit Energy Company, and Pioneer Natural Resources USA, Inc. to pay property taxes due on defendant Teresa Leathers' royalties from disputed mineral interests. (Doc. 86). The royalty payments are being held in trust by the oil companies pending resolution of this litigation. Ms. Leathers moves the court to authorize Chesapeake, Merit Energy, and Pioneer to pay current and future property taxes from the trust accounts until the conclusion of this lawsuit.

No response in opposition to the motion has been filed; therefore, the motion is uncontested under D. Kan. Rule 7.4 and GRANTED.

**IT IS THEREFORE ORDERED** that Theresa Leather's motion for the payment of property taxes (**Doc. 86**) is **GRANTED**. Defendants Chesapeake Operating, Inc., Merit Energy Company, and Pioneer Natural Resources USA, Inc. are authorized to pay current

and future property taxes from the royalties held in trust until the conclusion of this lawsuit.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 10th day of June 2011.

                                                  S/ Karen M. Humphreys
                                                  _____
                                                  KAREN M. HUMPHREYS
                                                  United States Magistrate Judge