**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Michael R. Leathers,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>Ronald Leathers, *et. al.*,<br>　　　　　　　　　　Defendants. | Case No.   08-1213-KMH-WEB |

**PLAINTIFF'S MOTION TO DISMISS,**
**MOTION FOR PARTIAL SUMMARY JUDGMENT,**
**AND MOTION TO STRIKE**

　　　COMES NOW plaintiff Michael R. Leathers and moves the Court for an order granting summary judgment, dismissing, and/or striking claims raised in Defendants, Ronald Leathers and James Holden, Trustee for The Dirt Cheap Mine Trust's, (Corrected), First Amended Counter-Claim, and Cross-Claim.  In support of his motions, the plaintiff relies on his Memorandum in Support of Plaintiff's Motion to Dismiss, Motion for Partial Summary Judgment, and Motion to Strike filed herewith.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Aaron L. Kite
　　　　　　　　　　　　　　　　　　　Aaron L. Kite, #18765
　　　　　　　　　　　　　　　　　　　REBEIN BANGERTER PA
　　　　　　　　　　　　　　　　　　　810 Frontview, PO Box 1147
　　　　　　　　　　　　　　　　　　　Dodge City, Kansas 67801
　　　　　　　　　　　　　　　　　　　Telephone: 620.227.8126
　　　　　　　　　　　　　　　　　　　Fax: 620.227.8451
　　　　　　　　　　　　　　　　　　　Email: Aaron@rbr3.com

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on August 2, 2011, I electronically filed the foregoing **Plaintiff's Motion to Dismiss, Motion for Partial Summary Judgment, and Motion to Strike** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　/s/ Aaron L. Kite
　　　　　　　　　　　　　　　　　　　Aaron L. Kite, #18765
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*